# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA
# BATON ROUGE DIVISION

TERRANCE KIONTAY NANCE; TARGETED JUSTICE, INC.; COSMIC CLARITY CONNECTIONS LLC; CATHY MEADOWS (Expert Witness),
**Plaintiffs**

v.

ALL DEFENDANTS LISTED HEREIN,
**Defendants.**

## COMPLAINT FOR DECLARATORY, INJUNCTIVE, MANDAMUS, AND MONETARY RELIEF

RECEIVED
JAN 20 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
DEPUTY CLERK

## I. INTRODUCTION

1. This is a civil action seeking declaratory relief, injunctive relief, mandamus relief, and damages for alleged violations of the United States Constitution, the Administrative Procedure Act (5 U.S.C. § 701 et seq.), the Privacy Act (5 U.S.C. § 552a), and related federal law.

2. Plaintiffs allege that Defendants, acting individually and in concert, engaged in unlawful surveillance, experimentation, and targeting activities against Plaintiffs, causing physical, psychological, economic, and constitutional injuries.

3. Plaintiffs seek accountability for alleged ultra vires actions, abuse of authority, and failure to comply with statutory and constitutional limits.

## II. JURISDICTION AND VENUE

4. This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1346, and 5 U.S.C. §§ 702–706, because this action arises under the Constitution and laws of the United States.

5. Venue is proper in the Middle District of Louisiana pursuant to 28 U.S.C. § 1391(e) because Plaintiffs reside in this District, Defendants conduct official business within this District, and a substantial part of the events or omissions giving rise to the claims occurred within this District.

## III. PARTIES

Plaintiffs and Defendants are identified herein and in Appendix B (Complete Defendant Appendix), which is incorporated by reference.

## IV. CAUSES OF ACTION

Plaintiffs assert claims for constitutional violations, Administrative Procedure Act violations, Privacy Act violations, ultra vires acts, mandamus relief, and civil conspiracy.

## V. PRAYER FOR RELIEF

Plaintiffs seek declaratory relief; preliminary and permanent injunctive relief; mandamus; damages where permitted by law; costs; fees; and such other relief as the Court deems just and proper.

## VI. JURY DEMAND

Plaintiffs demand a trial by jury on all issues so triable.

## VII. CERTIFICATE OF SERVICE

Service will be effected pursuant to Federal Rules of Civil Procedure 4 and 5.

Respectfully submitted,

_____                    Date: _____

Terrance Kiontay Nance, Pro Se

Phone: 281-967-4663

Email: terrancen47@yahoo.com

## Appendix B – Complete Defendant & Entity Appendix

This Appendix includes **all government agencies, military branches, research institutions, corporations, laboratories, educational entities, and associated leadership** identified directly or indirectly within Exhibit A RF Scan documentation, pleadings, and supporting materials.

- United States Department of Defense (DoD)
- United States Air Force (USAF)
- United States Army
- United States Navy
- United States Space Force
- Defense Advanced Research Projects Agency (DARPA)
- National Aeronautics and Space Administration (NASA)
- National Security Agency (NSA)
- Department of Homeland Security (DHS)
- Federal Communications Commission (FCC)
- North Atlantic Treaty Organization (NATO)
- National Nuclear Security Administration (NNSA)
- Jet Propulsion Laboratory (JPL)
- Los Alamos National Laboratory
- Sandia National Laboratories
- Oak Ridge National Laboratory
- MIT Lincoln Laboratory
- Johns Hopkins Applied Physics Laboratory (APL)
- Georgia Tech Research Institute (GTRI)
- MITRE Corporation
- Caltech
- University-based RF research programs (various)
- Keysight Technologies
- Honeywell International
- L3Harris Technologies
- Lockheed Martin
- Raytheon Technologies
- Northrop Grumman
- Boeing
- General Dynamics

- BAE Systems
- Thales Group
- IBM
- Dell Technologies
- Motorola Solutions
- Tait Communications
- BK Technologies
- ARRL (American Radio Relay League)
- Icom
- Yaesu
- Kenwood
- University Amateur Radio & Engineering Programs
- Public Safety & Infrastructure Licensees (FCC Part 90)

All entities listed herein are included based on explicit reference in RF frequency analysis, telemetry band allocation research, or documented operational relevance within Exhibit A. Inclusion does not assert liability but preserves jurisdictional and discovery scope.