UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TERRANCE KLONTAY NANCE                              CIVIL ACTION

VERSUS

UNITED STATES DEPARTMENT OF                NO. 26-00096-BAJ-RLB
DEFENSE (DOD), ET AL.

RULING AND ORDER

The Magistrate Judge issued a **Report And Recommendation (Doc. 10, the "Report")** recommending that the Court dismiss Plaintiff's claims with prejudice for failure to comply with Court Orders and because the case is frivolous pursuant to 28 U..S.C. § 1915(e). There are no objections to the Report.

After carefully considering Plaintiff's Complaint, the Report, and the entirety of the record before the Court, the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that the above-captioned action be and is hereby **DISMISSED WITH PREJUDICE**.

Judgment will be entered separately.

Baton Rouge, Louisiana, this 21st day of April, 2026

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA